Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| ALFRED MONTEZ,<br><br>             Plaintiff,<br><br>      vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>             Defendants. | Federal Case No.: 5:16-cv-03351-EJD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Alfred Montez and defendant Experian Information Solutions, Inc., that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

1  DATED:  March 3, 2017                    Sagaria Law, P.C.

2                                           By: _____/s/ Elliot W. Gale_____
3                                                    Elliot W. Gale
                                            Attorneys for Plaintiff
4                                           Alfred Montez

5
6  DATED: March 3, 2017                     Jone Day

7

8                                           By: _____/s/Celia M. Jackson_____
                                                     Celia M. Jackson
9                                           Attorneys for Defendant
10                                          Experian Information Solutions, Inc.

11

12 I, Elliot Gale, am the ECF user whose identification and password are being used to file this

13 Stipulation. I hereby attest that Celia M. Jackson has concurred in this filing.

   */s/ Elliot Gale*
14

15
                              **[PROPOSED]** ORDER
16
       Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed
17
   with prejudice and each party is to bear its own attorneys' fees and costs.   Clerk shall close file.
18
       IT IS SO ORDERED.
19

20 DATED: __3/6/2017____                    _____[signature]_____
21                                          EDWARD J. DAVILA
                                            UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28
                                            2